UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Noam J. Kritzer (nkritzer@bakoskritzer.com)
Edward P. Bakos (ebakos@bakoskritzer.com)
**Bakos & Kritzer**
147 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: 212-724-0770
Facsimile: 973-520-8260

Counsel for Plaintiff:
*Voice Control Vehicles, LLC*

| | |
|---|---|
| VOICE CONTROL VEHICLES, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>AWW INDUSTRIES LLC and<br>DGL GROUP LTD.,<br><br>　　　　　　Defendants. | Civil Action No. |

**PLAINTIFF VOICE CONTROL VEHICLES, LLC'S
CORPORATE DISCLOURE STATEMENT**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Voice Control Vehicles, LLC states that Voice Control Vehicles, LLC is a corporation organized under the laws of the state of Texas and certifies that there are no parent corporations and that no publicly held corporation owns 10% or more of Voice Control Vehicles, LLC's stock.

Dated: January 31, 2019                     Respectfully submitted,

                                                                      s/ Noam J. Kritzer
                                                                      Noam J. Kritzer
Edward P. Bakos
**Bakos & Kritzer**
147 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: (212) 724-0770
Telefacsimile: (973) 520-8260
nkritzer@bakoskritzer.com
ebakos@bakoskritzer.com

Counsel for Plaintiff:
*Voice Control Vehicles, LLC*

## CERTIFICATE OF SERVICE

      I certify that on January 31, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

Dated: January 31, 2019                Respectfully submitted,

                                              s/ Noam J. Kritzer
                                              Noam J. Kritzer