## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Noam J. Kritzer (nkritzer@bakoskritzer.com)
Edward P. Bakos (ebakos@bakoskritzer.com)
**Bakos & Kritzer**
147 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: 212-724-0770
Facsimile: 973-520-8260

Counsel for Plaintiff:
*Voice Control Vehicles, LLC*

| | |
|---|---|
| **VOICE CONTROL VEHICLES, LLC,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO.: 19-cv-03397** |
| v. ) | |
| ) | |
| **AWW INDUSTRIES LLC and** ) | |
| **DGL GROUP LTD.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Voice Control Vehicles, LLC ("VCV") hereby files this Notice of Voluntary Dismissal dismissing its claims against Defendants AWW Industries LLC and DGL Group LTD. (collectively "Defendants") with prejudice.

VCV filed its *Complaint for Patent Infringement* ("Complaint") on January 31, 2019. Dkt. No. 1.  Defendants have not yet answered the Complaint, nor filed a motion for summary judgment.

Dated:  April 4, 2019                    Respectfully submitted,

                                         s/ Noam J. Kritzer
                                         Noam J. Kritzer
                                         Edward P. Bakos
                                         **BAKOS & KRITZER**
                                         147 Columbia Turnpike
                                         Florham Park, New Jersey 07932
                                         Telephone: (212) 724-0770
                                         Telefacsimile: (973) 520-8260
                                         nkritzer@bakoskritzer.com
                                         ebakos@bakoskritzer.com

                                         Counsel for Plaintiff:
                                         *Voice Control Vehicles, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 4, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

Dated: April 4, 2019                    Respectfully submitted,

<u>s/ Noam J. Kritzer</u>
Noam J. Kritzer